**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CASE NO. 5:26-MJ-5283-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES TO SEAL THE COMPLAINT, AFFIDAVIT, THIS MOTION, ARREST WARRANT AND THE ORDER SEALING**

**KAYLIEB M. THOMPSON** **DEFENDANT**

* * * * *

The United States moves to seal the complaint, the affidavit in support thereof, this motion, arrest warrant, and the order sealing, so that law enforcement personnel may safely apprehend the defendant without his advance notice of the arrest warrant and the existence of this criminal complaint.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: *s/G. Todd Bradbury*
G. Todd Bradbury
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4898
Gary.T.Bradbury@usdoj.gov