**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CASE NO. 5:26-MJ-5283-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER SEALING THE COMPLAINT, AFFIDAVIT, MOTION, ORDER AND ARREST WARRANT**

**KAYLIEB M. THOMPSON** **DEFENDANT**

* * * * *

The Court ORDERS that the motion of the United States to seal is GRANTED, and the complaint, affidavit, the motion to seal, this order, and arrest warrant shall remain UNDER SEAL until further Order of the Court.

Signed on this 6th day of October 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copy: G. Todd Bradbury, Assistant United States Attorney