**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
OCT 15 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 5:26CR115. REW. MAS
**18 U.S.C. § 1503**

**KAYLIEB MICHAEL THOMPSON**

* * * * *

**THE GRAND JURY CHARGES:**

Beginning on or about November 24, 2025, and continuing through on or about October 3, 2026, in Fayette, Estill, and Clark Counties, in the Eastern District of Kentucky, the defendant,

**KAYLIEB MICHAEL THOMPSON,**

did corruptly, by threats or force, or by any threatening communication, influence, obstruct, and impede, or endeavor to influence, obstruct and impede, the due administration of justice in *United States v. Epperson*, No. 5:25-CR-134-REW-MAS, in the United States District Court for the Eastern District of Kentucky, by threatening and harassing witnesses and parties to the judicial proceeding, and by causing a delay to the trial that was set to commence in August 2026, in violation of 18 U.S.C. § 1503.

A TRUE BILL

[redacted]

JASON D. PARMAN
UNITED STATES ATTORNEY

G. TODD BRADBURY
ASSISTANT UNITED STATES ATTORNEY

AUBREY M. GIROUARD
ASSISTANT UNITED STATES ATTORNEY

# PENALTIES

**COUNT 1:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.