**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 26-115-REW-MAS

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.**

**NOTICE BY UNITED STATES**
**REGARDING RELATED PROSECUTIONS**

**KAYLIEB MICHAEL THOMPSON** **DEFENDANT**

* * * * *

This criminal action is related to *United States v. Brian Epperson*, Lexington Criminal Action No. 5:25-CR-134-REW-MAS, which is assigned to District Judge Robert E. Wier.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: */s/ G. Todd Bradbury*
G. Todd Bradbury
Aubrey M. Girouard
Assistant United States Attorneys
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4898
Gary.T.Bradbury@usdoj.gov